# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Brock Fredin,<br><br>    Plaintiff,<br><br>v.<br><br>Patrick C. Diamond,<br>James Street, and<br>Lindsey Middlecamp,<br><br>    Defendants. | Case No. 0:19-cv-2864-SRN-HB<br><br>**ORDER** |

Brock Fredin, 1180 7th Ave., Baldwin, WI 54016, pro se.

SUSAN RICHARD NELSON, United States District Judge

    This matter is before the Court on Pro Se Plaintiff Brock Fredin's Motion for Reconsideration [Doc. No. 22]. Fredin asks that the Court reconsider its November 14, 2019 Order Referring the Motion for a TRO [Doc. No. 16] to Magistrate Judge Hildy Bowbeer, and reconsider his November 8, 2019 Motion for a Temporary Restraining Order ("TRO") [Doc. No. 2]. For the reasons set forth below, Plaintiff's motion is denied in part, and denied without prejudice in part.

    After Fredin filed his Motion for a TRO, this Court referred the motion to Magistrate Judge Hildy Bowbeer. Pursuant to 28 U.S.C. § 636(b)(1), this Court may designate a magistrate judge to hear a matter, for which the magistrate judge may issue a report and recommendation, ("R&R"), subject to this Court's review and ultimate determination. *See* D. Minn. L.R. 72.2(b). Plaintiff's Motion for a TRO was properly referred to the magistrate

judge for a R&R, which she issued on November 14, 2019 [Doc. No. 17]. Accordingly, because the referral of Plaintiff's motion was proper, the portion of the instant motion seeking reconsideration of the referral is denied.

To the extent that Fredin believes that changed circumstances warrant reconsideration of the magistrate judge's R&R, he may seek leave from the magistrate judge to file a motion for reconsideration. Accordingly, this portion of Fredin's motion is denied without prejudice.

Based on the submissions and the entire file and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Plaintiff's Motion to Reconsider [Doc. No. 22] is **DENIED in part**, and **DENIED WITHOUT PREJUDICE in part**.


Dated: November 25, 2019                                s/Susan Richard Nelson
                                                        SUSAN RICHARD NELSON
                                                        United States District Judge