# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Brock Fredin,

          Plaintiff,

v.

James Street, Patrick C. Diamond,
and Lindsey Middlecamp,

          Defendants.

Civil No. 19-cv-2864 (SRN/HB)

**ORDER ON REPORT
AND RECOMMENDATION**

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to the Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. The Report and Recommendation is **ADOPTED**;

2. Defendants James Street and Patrick C. Diamond's Motion to Dismiss [Doc. No. 29] is **GRANTED** as to dismissal with prejudice of all claims against them but **DENIED** as to an order prohibiting Plaintiff Brock Fredin from filing future lawsuits arising out of any HRO entered in state court; and

3. Plaintiff Brock Fredin's Second Motion for Temporary Restraining Order and Preliminary Injunction [Doc. No. 35] is **DENIED** as to Defendants James Street and Patrick C. Diamond and **HELD IN ABEYANCE** as to Defendant Lindsey Middlecamp while the parties complete briefing on the motion.

Dated: March 17, 2020	s/Susan Richard Nelson  
SUSAN RICHARD NELSON  
United States District Judge