# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Brock Fredin,

                Plaintiff,

v.

James Street, Patrick C. Diamond,
and Lindsey Middlecamp,

                Defendants.

Civil No. 19-cv-2864 (SRN/HB)

**ORDER ON REPORT
AND RECOMMENDATION**

       The above-entitled matter came before the Court upon the Report and

Recommendation of the United States Magistrate Judge.  No objections have been filed

to the Report and Recommendation in the time period permitted.

       Based upon the Report and Recommendation of the Magistrate Judge, and all the

files, records and proceedings herein,

       **IT IS HEREBY ORDERED** that:

1.     The Report and Recommendation is **ADOPTED**; and

2.     Plaintiff Brock Fredin's Motion for Temporary Restraining Order and
       Preliminary Injunction [Doc. No. 2] is **DENIED**.

Dated:  May 4, 2020

                           s/Susan Richard Nelson
                           SUSAN RICHARD NELSON
                           United States District Judge