# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Brock Fredin,

          Plaintiff,

v.

James Street, Patrick C. Diamond, and Lindsey Middlecamp,

          Defendants.

Civil No. 19-cv-2864 (SRN/HB)

**ORDER ON REPORT AND RECOMMENDATION**

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to the Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. The Report and Recommendation is **ADOPTED**; and
2. Plaintiff Brock Fredin's Second Motion for Temporary Restraining Order and Preliminary Injunction [Doc. No. 35] is **DENIED** as to Defendant Lindsey Middlecamp.

Dated: May 4, 2020

    s/Susan Richard Nelson
    SUSAN RICHARD NELSON
    United States District Judge